Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUL 11 PM 1:29

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 10-32290 JTM |
| --- | --- | --- |
|  | ) | Chapter 7 |
| SAMANTHA JOLYNN CLAYTON, | ) | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| Debtor. | ) |  |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.  The following creditors were to have received a 5.48% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 1 | South Valley ENT<br>3584 West 9000 South<br>Suite 311<br>West Jordan, UT 84088 | $4.13 |

3. A check in the amount of $4.13 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 9th day of July, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

4850-6044-5450, v. 1

ND: 4837-4876-2882, v. 1                    2